(Pleito No. 20—Fallado el 30 de Enero de 1900.)

## GORDILS contra VASCONI.

RECURSO contra sentencia dictada por la Corte de Distrito de San Juan.

Opinión del Juez asociado Hernández.—No cabe el recurso contra las providencias que no resuelvan definitivamente los derechos del recurrente en el juicio.

---

(Pleito No. 21.—Fallado el 5 de Febrero de 1900.)

## EX–PARTE CASO.

RECURSO contra sentencia dictada por el Tribunal de Distrito de San Juan.

### AUTO.

Por desistido el recurso de acuerdo con lo preceptuado en los artículos 408 y 409 de la Ley de Enjuiciamiento Civil.

---

(Pleito No. 22.—Fallado el 6 de Febrero de 1900.)

## HERNÁNDEZ contra FIGUEROA.

RECURSO contra sentencia dictada por la Corte de Distrito de Arecibo.

RECURSO DECLARADO DESIERTO. Vencido el término de emplazamiento sin haberse personado el recurrente, se declara desierto el recurso y firme la sentencia.

### AUTO.

Puerto Rico, seis de Febrero de mil novecientos. — Resultando: Que dictada sentencia en veinte de Julio último por el Juzgado de 1ª Instancia de Arecibo en el juicio de desahucio seguido por Don José Víctor Figueroa y Don